GEORGE W. McNISH, APPELLANT, *v.* CARRIE A. BOWERS, RESPONDENT.*

*Case and exceptions — the judge or referee must sign and order them to be annexed to the roll — Rule 35 — evidence must not be set forth in hæc verba — Rule 34.*

APPEAL from a judgment in favor of the defendant, entered upon the trial of this action by the court without a jury.

The Court at General Term said: "This case is not in a condition to be heard. The case and exceptions are not signed by the judge nor ordered to be annexed to the roll. (Rule 35.) The rule forbids the clerk to annex any case or exceptions to the roll unless so ordered by the judge or referee. We have uniformly insisted that this rule be observed. Besides the case contains the evidence

---

* Decided July, 1883.

*in hæc verba,* contrary to Rule 34, and must be re-settled in this respect."

Case sent back for re-settlement and signing.

*Dailey & Bentley,* for the appellant.

*Robert Stephens,* for the respondent.

Mem. by LEARNED, P. J.

Present — LEARNED, P. J., BOCKES and BOARDMAN, JJ.

Case not settled.   Sent back for proper settlement.